UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60982-CIV-DIMITROULEAS/SNOW

APPLE CORPS LIMITED and SUBAFILMS LIMITED,

        Plaintiffs,

vs.

MERCHCLAN.COM, *et al,*

        Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO UNSEAL

THIS CAUSE is before the Court upon Plaintiffs' Motion to Unseal (the "Motion") [DE 13], filed herein on June 1, 2020. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Plaintiffs request that all documents filed with the Court that have been restricted from the Court docket be unsealed as a seal on this matter is no longer required. Having considered the Motion [DE 13] and pertinent portions of the record, the Court finds good cause to allow the information to be unsealed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 13] is hereby **GRANTED;** and
2. The Clerk of Court is hereby **DIRECTED** to unseal all docket entries in this case and return those portions of the Court file to the public records.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of June, 2020.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record